## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

PHILIP J. FAIRMAN and
NANCY L. FAIRMAN,

        Plaintiffs,

                                    CASE NO.: 2:23-cv-00788-SPC-KCD

v.

AMERICAN STRATEGIC
INSURANCE CORP.,

        Defendant.

_____/

### JOINT MOTION FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE AND NOTICE OF STATUS OF SETTLEMENT DISCUSSIONS

Plaintiffs, Philip J. Fairman and Nancy L. Fairman ("Fairman") and Defendant, American Strategic Insurance Corp. ("ASI"), collectively, the "Parties", by and through undersigned counsel, respectfully move this Court for an order referring the Parties to conduct a settlement conference before a magistrate judge, and in support thereof states as follows:

1.      This cause has yet to be set for trial.

2.      Following reporting of the Hurricane Ian loss, ASI inspected the property, and acknowledged coverage for the claim.

3.      The Fairman's were not in agreement with ASI's valuation of the loss and subsequently filed the instant suit.

4.    On May 24, 2024, the parties and their respective counsel participated in mediation. In the Parties' report to the Court regarding the outcome of mediation, the Parties requested an additional thirty days to complete settlement discussions.

5.    On June 26, 2024, this Court ordered the parties to provide the Court with an update regarding the status of settlement negotiations.

6.    The Parties hereby provide notice to the Court that they have not yet been able to resolve this matter.

7.    However, to spare expenses and judicial resources, the Parties request a settlement conference before a Magistrate Judge of this Court for the purpose of facilitating settlement of this cause prior to trial being set, if appropriate.

8.    The Parties are hopeful that a settlement conference will facilitate a resolution of the instant dispute thereby preserving resources that otherwise would be required for a trial of this matter.

WHEREFORE, for the foregoing reasons, the Parties respectfully request this Court grant this Joint Motion for Settlement Conference before a Magistrate Judge.

Dated this 27th day of June 2024.

Respectfully submitted,

By: /s/ Thomas E. Shepard
Thomas E. Shepard, Esq.
Florida Bar No.: 1037180
Alexander Brockmeyer, Esq.
Florida Bar No.: 105758
Boyle, Leonard & Anderson, P.A.
9111 W. College Pointe Drive

By: /s/ John A. Unzicker, Jr.
John A. Unzicker, Jr., Esq.
Florida Bar No.: 320366
Nielsen & Treas, LLC
3838 North Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002

Fort Myers, Florida 33919
Telephone: (239) 337-1303
Facsimile: (239) 337-7674
Eservice@insurance-counsel.com
TShepard@insurance-counsel.com
ABrockmeyer@insurance-counsel.com
*Attorneys for Plaintiffs, Philip J. Fairman and Nancy L. Fairman*

Telephone: (504) 837-2500
Facsimile: (504) 603-0730
junzicker@nt-lawfirm.com
*Attorneys for Defendant, American Strategic Insurance Corporation*

## LOCAL RULE 3.01 (G) CERTIFICATION

I HEREBY CERTIFY that I conferred with Defendant's counsel via telephone on June 20, 2024, in a good faith effort to resolve the motion. The Motion for Settlement Conference Before a Magistrate Judge is unopposed by Defendant's counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Fed. R. Civ. P. 5, I served counsel for American Strategic Insurance Corp. with a true and correct copy of the foregoing via electronic mail on this 27th day of June, 2024.

Respectfully submitted,

By: _____
   Thomas E. Shepard, Esq.
   Florida Bar No.: 1037180
   Alexander Brockmeyer, Esq.
   Florida Bar No.: 105758
   Boyle, Leonard & Anderson, P.A.
   9111 W. College Pointe Drive
   Fort Myers, Florida 33919
   Telephone: (239) 337-1303
   Facsimile: (239) 337-7674
   *Attorneys for Plaintiffs, Philip J. Fairman and Nancy L. Fairman*
   Primary E-Mail: Eservice@insurance-counsel.com

3

Secondary E-Mail: TShepard@insurance-counsel.com
Secondary E-Mail: ABrockmeyer@insurance-counsel.com

*[Remainder of Page Intentionally Left Blank]*